**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 01-cr-00348-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1,  RUFUS GOFF,

  Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

  This will confirm that a supervised release violation hearing regarding Defendant Goff is set **Tuesday, May 18, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.


DATED: April 16, 2010
_____